IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLYN R. KERN, | ) | 8:04CV566 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's second motion for enlargement of time (filing 16) is granted, and the briefing schedule is modified as follows:

1. Defendant shall submit a brief by July 1, 2005;

2. Plaintiff may submit a reply brief by July 18, 2005; and

3. This case shall be ripe for decision on July 19, 2005.

DATED: May 27, 2005.          BY THE COURT:

                              s/ Richard G. Kopf
                              RICHARD G. KOPF
                              United States District Judge