IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLYN R. KERN, | ) | 8:04CV566 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date, judgment is entered for Plaintiff and against Defendant, providing that Plaintiff is awarded attorney fees in the amount of $2,340.00.

July 19, 2005                                  BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge